UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANE AND JEWEL BOOTY** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE JUDGE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant State Farm Fire and Casualty Company (erroneously named State Farm Fire and Casualty Insurance Company in the caption) appearing through undersigned counsel files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes this matter from the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

**I. PROCEDURAL HISTORY**

1.

Plaintiffs, Diane and Jewel Booty, filed this lawsuit in the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, against State Farm Fire and Casualty Company, ("State Farm") on April, 20, 2023. The case was captioned "*Diane & Jewel Booty v. State Farm Fire & Casualty Insurance Company*" and bears suit no. 2023-1309. (*See* Petition for Damages, Citation and Proof of Service upon State Farm through the Louisiana Secretary of State on April 27, 2023, Mailing of Petition by Secretary of State to State Farm through Corporation Service Company on April 28, 2023, Receipt by Corporation Service Company of Petition from La. Secretary of States on May 1, 2023 attached hereto and marked for identification as Exhibit "A", in globo.)

1

2.

Plaintiffs filed suit against their homeowners insurer, State Farm, regarding alleged damages sustained to their home located at 21137 Highway 1057, Kentwood, Louisiana as a result of Hurricane Ida. Plaintiffs allege that "State Farm failed to fulfill its obligations under the policy of insurance" and is liable for failing to pay, over depreciating the loss, underpayment, and violation of various provisions of LA R.S. 22:1892 and LA R.S. 22:1973 , entitling them to the full value of the property damage, loss of use, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of compliance, mental anguish, attorney fees and case costs, lost contents and statutory damages, penalties and attorneys fees.   (Exhibit "A", Petition for Damages, ¶ 9 and 10).

3.

Plaintiffs claim that they sent a "Satisfactory proof of loss in the form of an itemized estimate…on or about March 11, 2022 by a licensed Louisiana contractor and same was denied by State Farm April 9, 2023."  (Exhibit "A", Petition for Damages, ¶ 8 ). In fact, a demand letter from plaintiffs' counsel dated March 10, 2023 and attaching a $280,688.76 estimate from Gardiner Appraisal Services ("GAS") dated February 11, 2023 was sent to State Farm, in support of their claims.  The demand letter makes a demand for $203,208.53 for the dwelling, $70,001.20 for other structures and $1,908.00 for debris removal, less the deductible and previously paid amounts. (Exhibit "B", demand letter and estimate *in globo* ).  In response, State Farm sent plaintiffs' counsel a letter on April 9, 2023 rejecting the demand and referencing the last State Farm Statement of Loss dated 12/3/2022 and the last State Farm estimate in the amount of $39,774.72. (Exhibit "C", State Farm letter, Statement of Loss and estimate *in globo* ) Thus, the difference between the two estimates is $240,914.04, and the difference between the $275,117.73 demand

and the State Farm estimate is $235,343.01. Either amount far exceeds this Court's jurisdictional minimum. In addition, plaintiffs claim other damages listed in paragraphs 9 and 10 of the Petition for Damages, including mental anguish, statutory damages, statutory penalties and attorneys fees.

4.

State Farm removes this action from the 21st Judicial District Court, Parish of Tangipahoa to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, *et seq.*

II. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332, THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00 AND COMPLETE DIVERSITY EXISTS.**

5.

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States.

6.

The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit that supports a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir.1995). Plaintiffs' petition on its face, coupled with the facts set forth in this Notice, establish that the amount in controversy exceeds SEVENTY-FIVE THOUSAND and No/100s ($75,000.00) DOLLARS, exclusive of interest and costs.

7.

The following is a list of the parties involved in the case with a listing of their attorneys:

**Diane and Jewel Booty**, represented by:
**Christopher J. Edwards, Jr. (#35471)**
**Ashley Anderson Traylor, (#36287)**
Anderson Traylor Edwards
Injury Attorneys
P. O. Drawer 4129 (70404
111 N. Oak Street, Suite 100
Telephone: (985) 345-7777
Facsimile: (985) 221-7501
christopher@ateattorneys.com

**State Farm Fire and Casualty Company**, represented by:
**DAN RICHARD DORSEY (Bar No. 18188)**
**PATRICIA P. BARATTINI (Bar No. 2731)**
**PORTEOUS, HAINKEL & JOHNSON, LLP**
408 North Columbia Street
Covington, LA 70433
Telephone: (985) 246-7446
Facsimile: (985) 246-7447
ddorsey@phjlaw.com
pbaratttini@phjlaw.com

8.

While State Farm admits no liability nor any element of damages, it is apparent from the facts set forth in this Notice of Removal that the matter in controversy exceeds $75,000. State Farm has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

9.

State Farm is a foreign insurer duly organized under the laws of the State of Illinois and having its principal place of business in the State of Illinois and is a citizen of the State of Illinois. Plaintiffs Diane and Jewel Booty are citizens of the State of Louisiana and residents of the Parish of Tangipahoa. There is complete diversity between the parties.

10.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all adverse parties.

### III.  STATE FARM HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

11.

Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. § 1332 (a)(2), which grants federal courts concurrent original jurisdiction over claims where the matter in controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and is between citizens of a state and a citizen or subject of a foreign state.

12.

The 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a).  Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

13.

No previous application has been made by State Farm for the relief requested herein. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition and all other pleadings of record served on or by State Farm to date are attached hereto as Exhibit A, in globo.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Christopher J. Edwards counsel

for Plaintiffs and upon the Clerk of Court for the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana. No other process, pleadings, or orders have been served upon State Farm.

## IV. CONCLUSION

14.

Under the applicable provisions of 28 U.S.C. §1441 and other applicable statutes, all of which Defendant, State Farm, has complied with, this cause of action is removable to the United States District Court for the Eastern District of Louisiana.

15.

State Farm reserves the right to supplement or amend this Notice of Removal.

16.

State Farm reserves all defenses, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses that are or might become available to State Farm.

17.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts. Written notice of the filing of this Notice of Removal and of the removal of the above action is being emailed to plaintiffs through their counsel of record. A copy of the Notice of Removal will be filed promptly with the Clerk of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, prays that:

1. This Notice of Removal be deemed good and sufficient; and

2. The referenced Petition for Damages be removed from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to this Honorable Court for further proceedings.

THEREAFTER, Defendant prays that this action proceeds as if the litigation had been commenced originally in this Court.

Respectfully submitted,

*/s/ Dan Richard Dorsey*
**DAN RICHARD DORSEY (#18188)**
Porteous, Hainkel & Johnson, L.L.P.
408 N. Columbia St.
Covington, LA 70433
Telephone: (985) 246-7446
ddorsey@phjlaw.com

**and**

**PATRICIA P. BARATTINI (#2731)**
Porteous, Hainkel & Johnson, L.L.P.
408 N. Columbia St.
Covington, LA 70433
Telephone: (985) 246-7452
pbarattini@phjlaw.com
*Attorneys for State Farm Fire and Casualty Company*

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

I hereby certify that on this 25th day of May, 2023 a copy of the foregoing Notice of Removal has been sent to the following:

**Plaintiffs Diane Booty and Jewel Booty**
**Through their counsel via email**
**Christopher J. Edwards, Jr. (#35471)**
**Ashley Anderson Traylor, (#36287)**
Anderson Traylor Edwards
Injury Attorneys
P. O. Drawer 4129 (70404
111 N. Oak Street, Suite 100
christopher@ateattorneys.com

**Clerk of Court via facsimile transmission and U.S.Mail**
Clerk of Court Tangipahoa Parish
21st Judicial District
110 N. Bay Street, Ste 100
Fax: (985) 748-6746

/s/ *Dan Richard Dorsey*
Dan Richard Dorsey

4867-8489-9629, v. 1